1186

No. 95–7587.  SHIEH v. KAKITA ET AL.  C. A. 9th Cir.; and
No. 95–7589.  SHIEH v. KRIEGER ET AL.  C. A. 9th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 343] denied.

No. 95–7588.  SHIEH v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 343] denied.

No. 95–7693.  JONES v. AMERICAN CIVIL LIBERTIES UNION FOUNDATION ET AL.  C. A. 8th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1118] denied.

No. 95–8785.  KACZYNSKI v. UNITED STATES.  C. A. 9th Cir.  Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 95–8633.  IN RE DAY.  Petition for writ of habeas corpus denied.

No. 95–8209.  IN RE WILLIAMS;
No. 95–8251.  IN RE CORDOVA; and
No. 95–8281.  IN RE REEVES.  Petitions for writs of mandamus denied.

No. 95–1647.  IN RE BIO-RECOVERY, INC.  Petition for writ of prohibition denied.

No. 95–1441.  BLESSING, DIRECTOR, ARIZONA DEPARTMENT OF ECONOMIC SECURITY v. FREESTONE ET AL., ON BEHALF OF THEIR MINOR CHILDREN.  C. A. 9th Cir.  Certiorari granted. ██

No. 95–1081.  INGALLS SHIPBUILDING, INC., ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL.  C. A. 5th Cir.  Certiorari granted limited to Questions 1 and 2 presented by the petition. ██

No. 95–7452.  LYNCE v. MATHIS, SUPERINTENDENT, TOMOKA CORRECTIONAL INSTITUTION, ET AL.  C. A. 11th Cir.  Motion of